| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:13CR20334 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:18-00071 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District of TN | Memphis |
| Stacy Philander Baldon<br>Nashville, TN | NAME OF SENTENCING JUDGE | |
| | Honorable Judge Samuel H. Mays, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/23/2018 | TO 2/22/2021 |

OFFENSE
21 U.S.C. § 841(a)(1) Possession with Intent to Distribute and Distribution of Less than 500 Grams of Cocaine.
21 U.S.C. § 841(b)(1)(C)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee upon that Court's order Of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this court.*

March 5, 2018
_Date_                                    _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

April 2, 2018
_Effective Date_                                   _United States District Judge_